UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEY JACKSON,

      Petitioner,

v.

      Civil No: 07-12545
      Honorable Patrick J. Duggan
      Magistrate Judge Paul J. Komives

GERALD HOFGAUER,

      Respondent.
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order Denying Habeas Petition and Denying a Certificate of Appealability" issued on this date,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus be, and the same hereby is, DENIED.

      s/PATRICK J  DUGGAN
      UNITED STATES DISTRICT JUDGE

Date: August 10, 2009

Copies To:
Joey Jackson, #501946
Marquette Branch Prison
1960 U.S. Highway 41 South
Marquette, MI 49855

Laura A. Cook, A.A.G.